IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARVIN WARD**                                                                                               **PLAINTIFF**

**V.**                     **CASE NO. 3:19-CV-131-JM-BD**

**CRAIGHEAD COUNTY**
**DETENTION CENTER**                                                                 **DEFENDANT**

## **ORDER**

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Mr. Ward has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

This case is DISMISSED, without prejudice, this 23rd day of May, 2019.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE