IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARVIN WARD**                                                                                                            **PLAINTIFF**

**V.**                    **CASE NO. 3:19-CV-131-JM-BD**

**CRAIGHEAD COUNTY**
**DETENTION CENTER**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 23rd day of May, 2019.

                                                                _____
                                                                   UNITED STATES DISTRICT JUDGE